JOHN A. BURNS and Another, Respondents, v. JOHN McCORMICK, Individually and as Executor, etc., of JAMES A. HASLEY, Deceased, and Others,

Appellants, Impleaded with Another.— Judgment affirmed, with costs. All concur, except Hubbs, J., who dissents.